JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:11-cv-02678-JFW-FMO |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| TARGET CORP. dba TARGET #212, | |
| Defendant. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant Target Corporation,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as against all parties.

Dated: August 22, 2011

_____
United States District Judge